# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| INFORMATION SYSTEMS AUDIT AND CONTROL ASSOCIATION, INC.<br>v.<br>JEFF DUCHARME And ILLUMINOSITY LLC | FILED: APRIL 1, 2008<br>08CV1878   PH<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

INFORMATION SYSTEMS AUDIT AND CONTROL ASSOCIATION, INC.

| | |
|---|---|
| NAME (Type or print)<br>Marc H. Trachtenberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Marc H. Trachtenberg | |
| FIRM<br>Ladas & Parry LLP | |
| STREET ADDRESS<br>224 S. Michigan Avenue, Suite 1600 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290927 | TELEPHONE NUMBER<br>312-427-1300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |