## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1878                    Assigned/Issued By: j. n.

Judge Name: LINDBERG                    Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP          [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2660534_____

Date Payment Rec'd: 4-1-08_____      Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                                 [ ] Alias Summons
[ ] Third Party Summons                     [ ] Lis Pendens
[ ] Non Wage Garnishment Summons            [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons      _____
                                            _____
                                            *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets
                                            [ ] Other
[ ] Writ _____               _____
     *(Type of Writ)*                       _____
                                            *(Type of issuance)*

2____ Original and 0_____ copies on 4-2-08_____ as to DEFENDANTS_____
                                    *(Date)*