# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1878 | **DATE** | 8/29/2008 |
| **CASE TITLE** | Information Sys. Audit & Control Ass'n, Inc. vs. Ducharme, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff is ordered to show cause, by affidavit or otherwise, why this action should not be dismissed pursuant to Fed. R. Civ. P. 4(m). If Plaintiff fails to show cause by 9/12/08, this case will be dismissed. The status hearing for 9/3/08 is stricken.

Docketing to mail notices.

Courtroom Deputy Initials: